# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2024

## NO. 03-23-00039-CV

**Elizabeth Weston, Appellant**

**v.**

**Graham Weston, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the divorce decree signed by the trial court on October 21, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.